

March 9, 2023

**VIA ELECTRONIC CASE FILING**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Troy D. Bertrand* v. *Department of Education, Archdiocese of New York, et al.*
      Case No.: 1:22-cv-10445

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-referenced matter. The parties jointly request an adjournment of the initial pretrial conference scheduled for March 9, 2023. Counsel for the Defendants was just recently retained and only contacted the undersigned late last night. As such, the parties have not had an opportunity to discuss a case management plan.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

/s/ *Joseph D. Nohavicka*
Joseph D. Nohavicka, Esq. (JN2758)
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094

ORDER:  The conference scheduled for today at 3pm is adjourned until Friday, March 24, 2023 at 11:30am.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.
Date: 3/9/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

---

2

Jdn@pnlawyers.com
*Attorneys for Plaintiff*

cc: Counsel of record (via ECF)