# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Jessica R. Schild
212.492.3571
jessica.schild@ogletree.com

June 20, 2023

**MEMO ENDORSED.**

**VIA ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Bertrand v. Department of Education, Archdiocese of New York et al*
Case No. 1:22-cv-10445

Dear Judge Wang:

We represent Defendant Our Lady of Angels Church ("Defendant") in the above-referenced action. We write jointly on behalf of the parties to respectfully request that the pre-settlement conference scheduling call scheduled for June 22, 2023 be rescheduled to July 6, July 7, or such other date as the Court and the parties are available. The reason for the request is because the undersigned counsel for Defendant is unavailable at the currently scheduled date and time. This will also allow the parties additional time to exchange information and be better prepared to discuss potential resolution.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: /s/ Jessica R. Schild
 Jessica R. Schild

**Application GRANTED. The telephonic Pre-Settlement Conference Scheduling Call is ADJOURNED to July 27, 2023 at 12:00 p.m. The dial in information is (866) 390-1828, access code 1582687.**

**SO ORDERED.**

Ona T. Wang          6/21/23
U.S.M.J.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington