## SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE

This Settlement Agreement and Mutual General Release ("Agreement and General Release") is made and entered into this 10th day of November, 2023, by and between Troy D. Bertrand ("Plaintiff"), and Our Lady of Angels Church ("Church"). Plaintiff and the Church are referred to hereafter as the "Parties."

**WHEREAS**, the Plaintiff is a former employee of the Church;

**WHEREAS**, on December 9, 2022, Troy D. Bertrand commenced an action entitled *Tory D. Bertrand, individually and on behalf of all other similarly situated employees v. Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, and Our Lady of Angels Church*, by filing a complaint ("Complaint") with the United States District Court for the Southern District of New York, Case No. 22-cv-10445-LJL ("Action"), alleging that Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, and Our Lady of Angels Church (collectively, "Defendants"): (i) failed to pay overtime or minimum wage in violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"); (ii) failed to furnish proper wage notices and wage statements in violation of the NYLL; and (iii) failed to provide timely wages in violation of the NYLL; and

**WHEREAS**, on January 18, 2023, Plaintiff filed an Amended Complaint alleging the same causes of action;

**WHEREAS**, on April 20, 2023, Plaintiff voluntarily dismissed the action against Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of

New York, and Catholic Charities Community Services, Archdiocese of New York ("Non-OLA Defendants");

**WHEREAS**, on May 8, 2023, the Church timely filed an Answer to the Complaint denying all of the material allegations contained in the Complaint and asserting defenses; and

**WHEREAS**, the Church steadfastly denies any and all liability for the claims, demands, allegations, assertions, disputes, and differences asserted, claimed, alleged, and made by Plaintiff against the Church; and

**WHEREAS**, the Parties have decided to resolve any dispute or difference Plaintiff has against or with the Church, including without limitation those arising in any way out of Plaintiff's employment with the Church or separation therefrom, with the distinct understanding between the Parties that the settlement of such claims, demands, allegations, assertions, disputes, and differences: (a) does not constitute an admission of liability; (b) is made in compromise and settlement of disputed claims; and (c) is being made to avoid the expense and uncertainty of litigation; and

**WHEREAS**, in the negotiation and execution of this Agreement and General Release, Plaintiff has been represented by his counsel, Todd Brian Sherman, Esq., Pardalis & Nohavicka LLP, 950 Third Avenue, 11th Floor, New York, NY 10022, email todd@pnlawyers.com; telephone number (212) 213-8511; and

**WHEREAS**, in the negotiation and execution of this Agreement and General Release, the Church has been represented by their counsel, Robert M. Tucker, Esq., Ogletree, Deakins, Nash, Smoak & Stewart P.C., 599 Lexington Avenue, 17th Floor, New York, New York 10022, email robert.tucker@ogletree.com; telephone number (212) 492-2510; facsimile number (212) 492-2501; and

**WHEREAS**, Plaintiff and the Church each acknowledge that they have entered into this Agreement and General Release knowingly, freely and voluntarily without threats or coercion of any kind by anyone; and

**WHEREAS**, Plaintiff and the Church each acknowledge that they fully understands the meaning and effect of the execution of this Agreement and General Release.

**NOW, THEREFORE**, in consideration of the promises, mutual representations, covenants, assurances, and warranties set forth herein, the sufficiency and receipt of which is hereby acknowledged, the undersigned do hereby agree to be bound by the following terms and conditions:

1. This Agreement and General Release is solely for the compromise of disputed claims, to avoid expense, and to terminate the Action with prejudice. Neither the negotiation, undertaking, agreement, nor execution of this Agreement and General Release shall constitute or operate as an acknowledgment or admission of any kind by the Church that it has: (a) committed any unlawful, unprofessional, unethical or discriminatory practice; (b) violated any federal, state or local statute, rule or regulation; and/or (c) breached any obligation to Plaintiff or otherwise incurred any liability to Plaintiff. The Church expressly denies any wrongdoing and the worthiness of any claim asserted in the Action, or elsewhere by Plaintiff.

2. In full settlement of the Action, Plaintiff agrees not to sue the Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, Our Lady of Angels Church, the Archdiocese of New York, the Archbishop of New York, the Archbishopric of New York, their parent, subsidiary, affiliate, predecessor and successor entities, as well as their assigns, officers, directors, trustees, faculty, administrators, agents, insurers, employees, and attorneys (referred to

3

collectively, individually and/or any combination thereof, hereafter as "Releasees"), either in his individual capacity or as a member of any class, and he hereby irrevocably and unconditionally releases and forever discharges Releasees from any actions, charges, causes of action, suits, obligations, promises, agreements, damages, debts, complaints, liabilities, claims, grievances, arbitrations, costs, losses, rights, expenses and/or any controversies in law or equity of any nature whatsoever asserted or unasserted, known or unknown, suspected or unsuspected, which he ever had, now has or hereinafter may have against Releasees regarding any matter arising on or before the execution of this Agreement and General Release, except with respect to any injuries arising or resulting from Plaintiff's exposure to any harmful or toxic substances (including but not limited to lead, asbestos, etc.) while employed with the Church, such injuries being specifically excluded from this General Release. Except as otherwise excluded herein, this GENERAL RELEASE includes, but shall not be limited to, any and all claims, grievances, demands for arbitration or causes of action, known or unknown, arising out of, or in any way connected with or relating to the Action or to Plaintiff's employment with and compensation from and/or conclusion of employment with the Church, for impairment of economic opportunity, intentional or negligent infliction of emotional distress, prima facie tort, defamation, including, but not limited to, slander and libel, negligent termination, malicious prosecution, wrongful discharge, retaliatory discharge, discharge in violation of any applicable whistleblower statute or claim or any other tort, whether intentional or negligent, or any claim or cause of action known or unknown, under the Fair Labor Standards Act, Title VII of Civil Rights Act of 1964, The Civil Rights Acts of 1866, 1871 and 1991, The Equal Pay Act, The Consolidated Omnibus Budget Reconciliation Act, The Employee Retirement Income Security Act, The Family and Medical Leave Act, The National Labor Relations Act, The Americans with Disabilities Act, The Rehabilitation Act, The United States

Constitution, The New York State Human Rights Law, The New York Labor Law, The New York Whistleblower Law, The New York State Constitution, all as amended, or any other federal, state, county or municipal statute, law, rule, regulation, order or ordinance. This Agreement and General Release shall not prevent Plaintiff from filing a charge with or providing truthful information to a governmental administrative agency. However, the monies paid to Plaintiff and other consideration provided under this Agreement and General Release bar Plaintiff from recovering any other monies, damages or relief from Releasees for any claims released by this General Release. Nothing in this Agreement and General Release shall constitute a waiver of any rights to enforce the terms of this Agreement and General Release, or waiver of claims that cannot be legally waived or of claims that arise after the execution of this Agreement and General Release, or waiver of any claims, damages or injuries arising or resulting from Plaintiff's exposure to any harmful or toxic substances (including but not limited to lead, asbestos, etc.) while employed with the Church, such claims, damages and injuries being specifically excluded from this General Release.  Plaintiff has reported to the Church any and all known work-related illnesses and injuries he suffered during his employment.  To the best of his knowledge as of the date of his execution of this Agreement and General Release, Plaintiff has not been diagnosed with any illnesses or injuries arising or resulting from exposure to any harmful or toxic substances during his employment with the Church.

       3.      Plaintiff acknowledges and understands that by executing this Agreement and General Release he cannot in the future file any claim, grievance and/or demand for arbitration or bring any action, lawsuit, charge or proceeding based on any of the released claims against Releasees.

4.   In consideration of Plaintiff's agreement to release claims against the Releasees, the Church, Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, (referred to collectively, individually and/or any combination thereof, hereafter as "Church Releasors") agree not to sue Plaintiff, either in their individual capacities or as members of any class, and Church Releasors hereby irrevocably and unconditionally release and forever discharge Plaintiff from any actions, charges, causes of action, suits, obligations, promises, agreements, damages, debts, complaints, liabilities, claims, grievances, arbitrations, costs, losses, rights, expenses and/or any controversies in law or equity of any nature whatsoever asserted or unasserted, known or unknown, suspected or unsuspected, which they ever had, now have or hereinafter may have against Plaintiff regarding any matter arising on or before the execution of this Agreement and General Release. This GENERAL RELEASE includes, but shall not be limited to, any and all claims, grievances, demands for arbitration or causes of action, known or unknown, arising out of, or in any way connected with or relating to the Action or to Plaintiff's employment with and compensation from and/or conclusion of employment with the Church. This Agreement and General Release shall not prevent Church Releasors from filing a charge with or providing truthful information to a governmental administrative agency. However, Church Releasors shall be barred from recovering any monies, damages or relief from Plaintiff for any claims released by this General Release. Nothing in this Agreement and General Release shall constitute a waiver of any rights to enforce the terms of this Agreement and General Release, or waiver of claims that cannot be legally waived or of claims that arise after the execution of this Agreement and General Release.

5.   Church Releasors acknowledge and understand that by executing this Agreement and General Release they cannot in the future file any claim, grievance and/or demand for

arbitration or bring any action, lawsuit, charge or proceeding based on any of the released claims against Plaintiff.

    6.    In exchange for the releases and promises contained in this Agreement and General Release, and in full settlement of the Action:

    A.    The Church agrees to transmit the checks set forth in the subparagraphs 6(A)(i) – 6(A)(iii) below ("Settlement Payments") to Plaintiff's counsel within thirty (30) days of the Effective Date of this Agreement and General Release as set forth in Paragraph 16 herein. The Settlement Payments shall be as follows:

    i.    a check made payable to "Pardalis & Nohavicka LLP," in the amount of $17,169.47, from which there shall be no withholding or deductions, as payment of any and all attorneys' fees, costs and disbursements incurred by Plaintiff in connection with the Action;

    ii.    a check made payable to "Troy D. Bertrand" in the amount of $16,415.26, representing consideration for settlement of Plaintiff's claims for unpaid wages / overtime, from which there shall be standard withholding and deductions, and for which an IRS Form W2 will be issued; and

    iii.    a check made payable to "Troy D. Bertrand" in the amount of $16,415.27, representing consideration for settlement of Plaintiff's claims for wage statement / notice penalties and

liquidated damages, from which there shall be no withholding or deductions, and for which an IRS Form 1099 will be issued.

7.     Plaintiff hereby acknowledges that the payments provided in Paragraph 6 of this Agreement and General Release are not otherwise an obligation of Releasees and are offered solely in consideration of their execution of this Agreement and General Release.

8.     It is expressly understood that the Church has paid for Plaintiff's attorneys' fees in full as per Paragraph 6 and that Plaintiff is not entitled to, nor shall he seek, any attorneys' fees from Releasees in connection with this matter. It is further expressly understood that Plaintiff is not, in any manner, the prevailing party. It is further expressly understood that the Church is not, in any manner, the prevailing party.

9.     Plaintiff and the Church hereby represent that they each understand the meaning and effect of this Agreement and General Release. The Plaintiff and the Church further represent that they have each been given sufficient opportunity to consult with their respective counsel, including as identified herein above, and to reflect upon their decision to enter into this Agreement and General Release, and that they have each voluntarily and freely entered into this Agreement and General Release.  Plaintiff and the Church each further represent and acknowledge that they are fully satisfied with the legal advice and representation that they have received from the attorneys and law firms identified above, and that all of their questions, if any, concerning this Agreement and associated General Release have been answered to each of their respective satisfaction.

10.    This Agreement and General Release contains the entire understanding of the parties hereto with respect to the subject matter contained herein. There are no restrictions, promises, warranties, covenants, or undertakings, other than those expressly set forth or referred

to herein. This Agreement and General Release may be amended only by an instrument in writing executed by the Parties and when so executed such instruments shall become part of this Agreement and General Release. Notwithstanding the foregoing, the Parties authorize their counsel to enter into written stipulations to amend the non-monetary terms of this Agreement and General Release if the Court refuses to approve this Agreement and General Release, but only to the extent necessary to obtain Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

11.  If any of the provisions, terms, clauses, waivers, or releases of claims or rights contained in this Agreement and General Release are declared illegal, unenforceable or ineffective in a legal forum of competent jurisdiction, then such provisions, terms, clauses, waivers or releases of claims or rights shall be deemed severable, such that all other provisions, terms, clauses, waivers and releases of claims and rights contained in this Agreement and General Release shall remain valid and binding upon the Parties.

12.  The Agreement and General Release may be executed in counterparts by each party and each executed Agreement and General Release, when taken together, shall constitute a complete Agreement. A fully executed copy of this Agreement and General Release, transmitted by facsimile or e-mail shall be accepted and enforceable as if it were an original.

13.  Any claim or controversy arising out of or related to this Agreement and General Release or the interpretation thereof may be brought in an appropriately venued court of competent jurisdiction in the State of New York. The Parties agree that irrespective of the outcome of any court proceeding conducted hereunder in all circumstances the Release embodied in this Agreement and General Release shall survive and continue in full force and effect.

14.     The governing law of this Agreement and General Release shall be the substantive and procedural laws of the State of New York, without regard to its conflict of law provisions.

**15.     A.     Plaintiff acknowledges and agrees that this Agreement and General Release forever releases his right to pursue a claim for age discrimination against Releasees under the Age Discrimination in Employment Act ("ADEA"). Plaintiff is entitled to at least twenty-one (21) days in which to consider this Agreement and General Release and is not required to execute it prior to December 1, 2023. If Plaintiff determines that it is in his interest to execute this Agreement and General Release on an earlier date and to waive the balance of said twenty-one (21) day period freely and voluntarily and with full knowledge of his rights, he may do so by executing prior to December 1, 2023.**

**B.     Plaintiff shall have the right to revoke this Agreement and General Release within seven (7) days after his execution, and the General Release contained herein shall not take effect within said seven (7) day period. At the expiration of the seven (7) day period, Plaintiff's right to revoke the Agreement and General Release concludes and this Agreement and General Release thereafter is irrevocable. In order to exercise his right to revoke within said seven (7) day period, Plaintiff must notify the Church's counsel, Robert M. Tucker, Esq., Ogletree, Deakins, Nash, Smoak & Stewart P.C., 599 Lexington Avenue, 17th Floor, New York, New York 10022, telephone number (212) 492-2510; facsimile number (212) 492-2501, email robert.tucker@ogletree.com, of the exercise of that right by facsimile and email. In the event that Plaintiff exercises his right to revoke during the seven (7) day period, this Agreement and General Release shall be null and void and of no force and effect, and Plaintiff shall receive none of the benefits hereunder.**

16. The Effective Date of this Agreement and General Release shall be the first day after all of the following have occurred: (i) the Church's counsel receives this Agreement and General Release executed by Plaintiff; (ii) the expiration of the revocation period set forth in Paragraph 15, with such period having elapsed without Plaintiff timely and properly revoking his execution of this Agreement and General Release; (iii) the Church's counsel receives completed Form W4 and Form W9 for Plaintiff as well as a completed Form W9 for Plaintiff's counsel so that the Settlement Payments may be processed; (iv) the Church's counsel receives an executed Stipulation of Dismissal with Prejudice, attached hereto as Exhibit A to this Agreement and General Release; the Non-OLA Defendants execute the releases attached hereto as Exhibit B; and (v) the Court approves the Stipulation of Dismissal With Prejudice and this Agreement and General Release in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

_____
**TROY D. BERTRAND**

_11/20/2023_
**Date**

**OUR LADY OF ANGELS CHURCH**

By: _____

_11/15/2023_
**Date**

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY D. BERTRAND, individually and on behalf of all others similarly situated employees,

    Plaintiff,

-against-

DEPARTMENT OF EDUCATION, ARCHDIOCESE OF NEW YORK, CATHOLIC COMMUNAL FUND OF THE ARCHDIOCESE OF NY, INC., CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEW YORK, CATHOLIC CHARITIES COMMUNITY SERVICES, ARCHDIOCESE OF NEW YORK, and OUR LADY OF ANGELS CHURCH,

    Defendants.

Case No: 1:22-cv-10445-LJL

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that this action shall be, and hereby is, dismissed with prejudice, and with each party to bear its own costs.

Dated: New York, New York
       November 22, 2023

PARDALIS & NOHAVICKA LLP
By: _____
    Todd B. Sherman
950 Third Avenue, 11th Floor
New York, NY 10022
212-213-8511
todd@pnlawyers.com
*Attorneys for Plaintiff*

Dated: New York, New York
       November 28, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
By: _____
    Robert M. Tucker
599 Lexington Avenue, 17th Floor
New York, NY 10022
(212) 492-2500
robert.tucker@oglegreedeakins.com
*Attorneys for Defendants*

# **<u>EXHIBIT B</u>**

## GENERAL RELEASE

In consideration of Plaintiff Troy Bertrand's agreement to release the Department of Education, Archdiocese of New York in connection with the settlement of *Tory D. Bertrand, individually and on behalf of all other similarly situated employees v. Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, and Our Lady of Angels Church*, SDNY Case No. 22-cv-10445-LJL ("Action"), the Department of Education, Archdiocese of New York agrees not to sue Plaintiff, either in its individual capacity or as a member of any class, and the Department of Education, Archdiocese of New York hereby irrevocably and unconditionally releases and forever discharges Plaintiff from any actions, charges, causes of action, suits, obligations, promises, agreements, damages, debts, complaints, liabilities, claims, grievances, arbitrations, costs, losses, rights, expenses and/or any controversies in law or equity of any nature whatsoever asserted or unasserted, known or unknown, suspected or unsuspected, which it ever had, now has or hereinafter may have against Plaintiff regarding any matter arising on or before the execution of this General Release. This GENERAL RELEASE includes, but shall not be limited to, any and all claims, grievances, demands for arbitration or causes of action, known or unknown, arising out of, or in any way connected with or relating to the Action or to Plaintiff's employment with and compensation from and/or conclusion of employment with Our Lady of Angels Church. This Release shall not prevent the Department of Education, Archdiocese of New York from filing a charge with or providing truthful information to a governmental administrative agency. However, the Department of Education, Archdiocese of New York shall be barred from recovering any monies, damages or relief from Plaintiff for any claims released by this General Release. Nothing in this General Release shall constitute a waiver of any rights to enforce the terms of the Agreement and General Release, or waiver of claims that cannot be legally waived or of claims that arise after the execution of this General Release.

The Department of Education, Archdiocese of New York acknowledges and understands that by executing this General Release it cannot in the future file any claim, grievance and/or demand for arbitration or bring any action, lawsuit, charge or proceeding based on any of the released claims against Plaintiff.

This General Release shall not become effective unless and until the Agreement and Release becomes effective in accordance with Paragraph 16 of the Agreement and Release.

**THE DEPARTMENT OF EDUCATION,**
**ARCHDIOCESE OF NEW YORK**

By: *Sr. Mary Grace Walsh*   Date: 11/20/2023

## GENERAL RELEASE

In consideration of Plaintiff Troy Bertrand's agreement to release Catholic Charities of the Archdiocese of New York in connection with the settlement of *Tory D. Bertrand, individually and on behalf of all other similarly situated employees v. Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, and Our Lady of Angels Church*, SDNY Case No. 22-cv-10445-LJL ("Action"), Catholic Charities of the Archdiocese of New York agrees not to sue Plaintiff, either in its individual capacity or as a member of any class, and Catholic Charities of The Archdiocese of New York hereby irrevocably and unconditionally releases and forever discharges Plaintiff from any actions, charges, causes of action, suits, obligations, promises, agreements, damages, debts, complaints, liabilities, claims, grievances, arbitrations, costs, losses, rights, expenses and/or any controversies in law or equity of any nature whatsoever asserted or unasserted, known or unknown, suspected or unsuspected, which it ever had, now has or hereinafter may have against Plaintiff regarding any matter arising on or before the execution of this General Release. This GENERAL RELEASE includes, but shall not be limited to, any and all claims, grievances, demands for arbitration or causes of action, known or unknown, arising out of, or in any way connected with or relating to the Action or to Plaintiff's employment with and compensation from and/or conclusion of employment with Our Lady of Angels Church. This Release shall not prevent Catholic Charities of the Archdiocese of New York from filing a charge with or providing truthful information to a governmental administrative agency. However, Catholic Charities of the Archdiocese of New York shall be barred from recovering any monies, damages or relief from Plaintiff for any claims released by this General Release. Nothing in this General Release shall constitute a waiver of any rights to enforce the terms of the Agreement and General Release, or waiver of claims that cannot be legally waived or of claims that arise after the execution of this General Release.

Catholic Charities of the Archdiocese of New York acknowledges and understands that by executing this General Release it cannot in the future file any claim, grievance and/or demand for arbitration or bring any action, lawsuit, charge or proceeding based on any of the released claims against Plaintiff.

This General Release shall not become effective unless and until the Agreement and Release becomes effective in accordance with Paragraph 16 of the Agreement and Release.

**CATHOLIC CHARITIES OF THE
ARCHDIOCESE OF NEW YORK**

By: _/s/ Ballock_                    Date: 11/15/2023

## GENERAL RELEASE

In consideration of Plaintiff Troy Bertrand's agreement to release Catholic Charities Community Services, Archdiocese of New York in connection with the settlement of *Troy D. Bertrand, individually and on behalf of all other similarly situated employees v. Department of Education, Archdiocese of New York, Catholic Charities of the Archdiocese of New York, Catholic Charities Community Services, Archdiocese of New York, and Our Lady of Angels Church*, SDNY Case No. 22-cv-10445-LJL ("Action"), Catholic Charities Community Services, Archdiocese of New York agrees not to sue Plaintiff, either in its individual capacity or as a member of any class, and Catholic Charities Community Services, Archdiocese of New York hereby irrevocably and unconditionally releases and forever discharges Plaintiff from any actions, charges, causes of action, suits, obligations, promises, agreements, damages, debts, complaints, liabilities, claims, grievances, arbitrations, costs, losses, rights, expenses and/or any controversies in law or equity of any nature whatsoever asserted or unasserted, known or unknown, suspected or unsuspected, which it ever had, now has or hereinafter may have against Plaintiff regarding any matter arising on or before the execution of this General Release. This GENERAL RELEASE includes, but shall not be limited to, any and all claims, grievances, demands for arbitration or causes of action, known or unknown, arising out of, or in any way connected with or relating to the Action or to Plaintiff's employment with and compensation from and/or conclusion of employment with Our Lady of Angels Church. This Release shall not prevent Catholic Charities Community Services, Archdiocese of New York from filing a charge with or providing truthful information to a governmental administrative agency. However, Catholic Charities Community Services, Archdiocese of New York shall be barred from recovering any monies, damages or relief from Plaintiff for any claims released by this General Release. Nothing in this General Release shall constitute a waiver of any rights to enforce the terms of the Agreement and General Release, or waiver of claims that cannot be legally waived or of claims that arise after the execution of this General Release.

Catholic Charities Community Services, Archdiocese of New York acknowledges and understands that by executing this General Release it cannot in the future file any claim, grievance and/or demand for arbitration or bring any action, lawsuit, charge or proceeding based on any of the released claims against Plaintiff.

This General Release shall not become effective unless and until the Agreement and Release becomes effective in accordance with Paragraph 16 of the Agreement and Release.

**CATHOLIC CHARITIES COMMUNITY SERVICES,**
**ARCHDIOCESE OF NEW YORK**

By: _/s/ Beatriz Diaz Taveras_  Digitally signed by Beatriz Diaz Taveras Date: 2023.11.14 12:10:09 -05'00'    _____ **Date**